**Martin ALANIZ SANCHEZ,**
**Petitioner–Appellant**

v.

**Dan JOSLIN, Respondent–Appellee.**

**No. 06–11333**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 14, 2007.

Martin Alaniz Sanchez, Three Rivers, TX, pro se.

Susan L S Ernst, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Respondent–Appellee.

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

Martin Alaniz Sanchez, federal prisoner # 31293–177, filed the instant 28 U.S.C. § 2241 petition to challenge a disciplinary conviction. The district court dismissed the petition for want of exhaustion, and Alaniz Sanchez appeals that dismissal. Alaniz Sanchez argues that pursuit of administrative remedies was futile because officials could not have granted him relief and because officials likely would have denied any grievance that he would have filed. He further argues that he was actually innocent of the disciplinary charges.

Alaniz Sanchez has failed to establish that the district court abused its discretion by dismissing his suit. *See Fuller v. Rich,*

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

11 F.3d 61, 62 (5th Cir.1994). Alaniz Sanchez has not shown that he exhausted his administrative remedies, nor has he shown that his is the extraordinary case in which exhaustion should be excused. *See id.* Because Alaniz Sanchez's claim under the Federal Tort Claims Act is raised for the first time in this appeal, we decline to consider it. *See Martinez v. Tex. Dep't of Criminal Justice,* 300 F.3d 567, 574 (5th Cir.2002). The judgment of the district court is AFFIRMED.